UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-22324-CIV-LENARD

HEDUWAR DALI COLMENARES MENA, aka )
HEDUWAR D. COLMENARES, *and all others* )
*similarly situated under 29 U.S.C. § 216(b)*, )
)
         Plaintiff, )
  vs. )
)
MIGAR CORPORATION, d/b/a LUIS )
GALINDO LATIN AMERICAN #2 and )
ALBERTO ELIAS )
)
         Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to Court Order entered on June 19, 2015 [DE 5], and hereby files Plaintiff's statement of claim, and states as follows:

**A.   HALF-TIME OVERTIME CLAIM APPLYING FL MINIMUM WAGE RATES:**

Period Claimed: 03/09/2012 – 12/31/2012
   Weeks:  42 (rounded down)
   Hours (worked per week):  58
   Hours over 40 (worked per week): 18
   Applicable Florida hourly minimum wage:  $7.67/hr.
   Applicable half-time overtime rate: $3.83/hr.
   Half-time overtime wage paid:  $0.00/hr.
   Half-time overtime wage owed: $3.83/hr.
   Calculation of overtime wages owed:  $3.83/hr. x 18 hrs/week x 42 weeks  =  $2,895.48.

Period Claimed: 1/01/2013 – 12/31/2013
   Weeks:  52
   Hours (worked per week):  58
   Hours over 40 (worked per week): 18
   Applicable Florida hourly minimum wage:  $7.79/hr.
   Applicable half-time overtime rate: $3.89/hr.
   Half-time overtime wage paid:  $0.00/hr.
   Half-time overtime wage owed: $3.89/hr.
   Calculation of overtime wages owed:  $3.89/hr. x 18 hrs/week x 52 weeks  =  $3,641.04.

Period Claimed: 1/01/2014 – 12/31/2014
  Weeks:  52
  Hours (worked per week):  58
  Hours over 40 (worked per week): 18
  Applicable Florida hourly minimum wage:  $7.93/hr.
  Applicable half-time overtime rate: $3.96/hr.
  Half-time overtime wage paid:  $0.00/hr.
  Half-time overtime wage owed: $3.96/hr.
  Calculation of overtime wages owed:  $3.96/hr. x 18 hrs/week x 52 weeks  =  $3,706.56.

Period Claimed: 1/01/2015 – 04/04/2015
  Weeks:  13 (rounded down)
  Hours (worked per week):  58
  Hours over 40 (worked per week): 18
  Applicable Florida hourly minimum wage:  $8.05/hr.
  Applicable half-time overtime rate: $4.02/hr.
  Half-time overtime wage paid:  $0.00/hr.
  Half-time overtime wage owed: $4.02/hr.
  Calculation of overtime wages owed:  $4.02/hr. x 18 hrs/week x 13 weeks  =  $940.68.

Total unpaid overtime wages for period = $11,183.76

**Doubled for liquidated damages  =  $22,367.52**

**B.    HALF-TIME OVERTIME CLAIM WITH HOURLY WAGE PAID:**

**Note:** Hourly rate does not change because, using Federal min. wages, there was no violation (client paid $7.41/hr, applicable Fed. min wages were $7.25 for all years).

Period Claimed: 3/09/2012 – 4/04/2015
  Weeks:  160 (rounded down)
  Hours (worked per week):  58
  Hours over 40 (worked per week: 18
  Hourly wage paid:  $7.41/hr
  Applicable half-time overtime rate: $3.70/hr.
  Half-time overtime wage paid: $0.00/hr.
  Half-time overtime wage owed:  $3.70/hr.
  Calculation of overtime wages owed:  $3.70/hr. x 18 hrs/week x 160 weeks  =  $10,656.00.

**Doubled for liquidated damages  =  $21,312.00**

**C.     FL MINIMUM WAGE CLAIM:**

Period Claimed: 03/09/2012 – 12/31/2012
  Weeks:  42 (rounded down)
  Hours (worked per week):  58
  Minimum wage:  $7.67/hr
  Wage paid:  $7.41/hr
  Wage owed:  $0.26/hr
  Amount owed:  $0.26/hr  x  58 hrs/week  x  42 weeks  =  $633.36.

Period Claimed: 1/01/2013 – 12/31/2013
  Weeks:  52
  Hours (worked per week):  58
  Minimum wage:  $7.79/hr
  Wage paid:  $7.41/hr
  Wage owed:  $0.38/hr
  Amount owed:  $0.38/hr  x  58 hrs/week  x  52 weeks  =  $1,146.08

Period Claimed: 1/01/2014 – 12/31/2014
  Weeks:  52 (rounded down)
  Hours (worked per week):  58
  Minimum wage:  $7.93/hr
  Wage paid:  $7.41/hr
  Wage owed:  $0.52 /hr
  Amount owed:  $0.52/hr  x  58 hrs/week  x  52 weeks  =  $1,568.32

Period Claimed: 1/01/2015 – 04/04/2015
  Weeks:  13 (rounded down)
  Hours (worked per week):  58
  Minimum wage:  $8.05 /hr
  Wage paid:  $7.41/hr
  Wage owed:  $0.64 /hr
  Amount owed:  $0.64/hr  x  58 hrs/week  x  13 weeks  =  $482.56

 Total unpaid Florida minimum wages for period = $3,830.32.

**Doubled for liquidated damages  =  $7,660.64**

**TOTAL CLAIM ( A. + C. ) = $30,028.16**

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiffs*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: /s/ Elizabeth O. Hueber
        Elizabeth Olivia Hueber
        Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF on July 20, 2015. Counsel for Defendants have not appeared.

        By: /s/ Elizabeth O. Hueber
        Elizabeth Olivia Hueber
        **Florida Bar Number: 0073061**