(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 15-22324-CIV-LENARD

HEDUWAR DALI COLMENARES MENA, aka HEDUWAR D. COLMENARES, and all others similarly situated under 29 U.S.C § 216(b).

Plaintiff(s)

v.

MIGAR CORPORATION d/b/a LUIS GALINDO LATIN AMERICAN #2 and ALBERTO ELIAS,

Defendant(s)

FILED by Y.A.R. D.C.

JUL 29 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## EXTENSION OF TIME THE AUGUST 2, 2015
(TITLE OF DOCUMENT)

I, HEDUWAR DALI COLMENARES MENA, plaintiff or defendant, in the above styled cause, through this document, Declare: Still today July 29, 2015, I turn to you citizen Judge to request the extension of the period is due to expire on August 2, 2015 because even I do not have legal representation, I requested me to extend this period. Similarly, in its full context reject the claims made by lawyers J.H. Zidell, PA and request to exempt me from paying these lawyers because they did not meet the obligation Lawyer client regarding the proper action in defending my interests because:

1. Rejection in each and every one of its parts the statement of lawyers: "1. Plaintiff notified undersigned counsel that he no longer wishes to utilize the services of the attorneys of J.H Zidell, P.A. and personally filed his motion for attorney withdrawal on July 24, 2015 [DE 12] WITHOUT NOTIFYING counsel prior to doing so", because the Attorney James Zidell

in a telephone conversation held on the July 17, 2015 told me, when I emplace a he was negotiating, without I know the amount of my claim, he told me "If the consumer fails to follow our advice You can seek another lawyer to help" then Honor, I remove them or they were removed from my case?. Also I inform you that the advice they gave me was that he should receive $11,000.00 for my rights, what is striking is that when I requested a copy of the lawsuit, I note that the amount claimed is the amount of $51,340.16 (demand appears $30,028.16 as he added the item A+C and added no item B), requested double damages and attorney fees, along with court costs, interest and such other relief as the court you consider, then citizen Judge why this lawyer offered me $11,000.00 When the claim is for $51,340.16?, Why this my rights lawyer charges the amount of $40,340.16 in fees when I receive the amount total demand and is the counterpart which is obliged to pay my attorney fees?, is this double their fees by charging lawyer?, It is not considered that the lawyer is getting an enrichment without cause?, and is not considered this action lawyer ranging in total against my interests?, narrated by all the above, I am obliged

to pay when my lawyer did not fulfill their work ethically and professionally proper representation?

2. Refusal in each and every one of its parts the statement of lawyers: "3. The above-listed counsel of J.H. Zidell P.A. denies the allegations of the plaintiff against counsel in his motion [DE 12]. To avoid the risk of violating attorney-client privilege, counsel states only that fundamental disagreements exist between plaintiff and counsel which counsel considers irreconcilable pursuant to the Florida Rules of Professional Conduct 4-1.16 (b).", because there are no fundamental disagreements here so there is a clear concealment by those who were my lawyers amounts of money that were NEVER informed me that they were negotiating with my defendant and I claim this information, the lawyers found the solution away from my case themselves, LEAVING ME IN A STATE OF TOTAL HELPLESSNESS not have legal representation, in addition to my amazement I see in the libel claim that these lawyers have filed a class action and not an individual (as they should) because when I hired them never I was informed that the demand would be collective, why generate greater mistrust. That's Honor here fits the following question: why

(Rev. 10/2002) General Document

these lawyers never informed me of this collective action when the claim my rights are individual? Why did collectively? Do I benefit my this kind of action? O, better yet, who benefits negotiated in collective action?

Finally I reiterate that my native language is Spanish and I do no talk, do no write and do not read English, which is why I ask you to give me information in Spanish to stay in my rights claim. All these writings have been translated into English by Google Translate.

**Certificate of Service**

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: He duwar Dal Colmenares Mena
Printed or typed name of Filer

Signature of Filer

Heduwaridavid@Hotmail.com
E-mail address

Florida Bar Number

786-4689172
Phone Number

Facsimile Number

8201 SW 107 Ave
Street Address

Miami Florida 33173
City, State, Zip Code