UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-22324-GOODMAN

[Consent Case]

HEDUWAR DALI COLMENARES MENA,

    Plaintiff,
v.

MIGAR CORP., *et. al.*,

    Defendants.
_____/

## MOTION TO REQUEST HEARING ON APPROVAL OF SETTLEMENT AND REQUEST FOR ATTORNEYS' FEES AND COSTS

Plaintiff, **HEDUWAR DALI COLMENARES MENA**, by and through udnersigned counsel, hereby respectfully requests that this Court schedule a hearing on the approval of the Parties' resolution of this case and request for attorneys' fees and costs.

Dated: November 6, 2015

    Respectfully submitted,

    **REMER & GEORGES-PIERRE, PLLC**
    Courthouse Tower
    44 West Flagler Street, Suite 2200
    Miami, FL 33130
    Telephone: (305)416-5000
    Facsimile: (305)416-5005

    By:**/s/ Brody M. Shulman**
        Jason S. Remer, Esq.
        Fla. Bar No.: 0165580
        Brody M. Shulman, Esq.
        Fla. Bar No.: 092044

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:**/s/ Brody M. Shulman**
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**SERVICE LIST:**

Pelayo M. Duran, Esq.
pduran@pelayoduran.com
aaugusto@pelayoduran.com
ariveron2000@aol.com

**Law Office of Pelayo Duran, PA**
4640 NW 7th Street
Miami, FL 33126
305-266-9780
305-269-8311 (fax)
Counsel for Defendants